# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WINSTON JAMES THOMPSON, III, | ) | Case No: 1001515ee |
| | ) | |
| Debtor. | ) | |
| | ) | |

## OMAR L. NELSON'S WITHDRAWAL OF MOTION TO REOPEN CASE AND MODIFY DISCHARGE INJUNCTION

Omar L. Nelson, by and through his attorneys, hereby withdraws his Motion to Reopen Case and Modify Discharge Injunction.

Respectfully submitted this 5th day of August, 2013.

/s/ Kathleen Shields O'Beirne

J. William Manuel (MBN 9891)
Kathleen Shields O'Beirne (MBN 102574)
*Attorneys for Omar L. Nelson*

OF COUNSEL
Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Suite 400
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
wmanuel@babc.com
kobeirne@babc.com

1

4/379357.1

**CERTIFICATE OF SERVICE**

      I, Kathleen Shields O'Beirne, Attorney for Omar L. Nelson, do hereby certify that I have mailed by United States Mail, postage prepaid, or served electronically, a true and correct copy of the above and foregoing to the following on the day and year hereinafter set forth:

**Winston James Thompson, III**
P. O. Box 3062
Madison, MS 39130
wthompson@cochranfirm.com

**Hartwell T. Ashford, Esq.**
Attorney for Debtor
htashford@bellsouth.net

**Ellen N. Shaffer**
P. O. Box 1177
Jackson, MS 39215-1177
enslaw@bellsouth.net

**R. Michael Bolen**
United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**Capital Recovery III LLC c/o Recovery Management Systems Corporation**
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
claims@recoverycorp.com

**Ford Motor Credit Company LLC**
c/o Larry Spencer Esq.
P. O. Box 123
Jackson, MS 39205
lspencerlawyer@aol.com

**Larry Spencer**
King & Spencer, Attys
PO Box 123
Jackson, MS 39205-0123
lspencerlawyer@aol.com

**Stephen Smith**
5 Old River Place
Suite 107

Jackson, MS 39202-3449
trustee1@smithcpafirm.com

**Gregory M. Johnston**
Gregory M. Johnston, Attorney at Law, P.C.
P.O. Box 1691
Madison, MS 39110
greg@gmjattorney.com

List of creditors attached hereto and made a part hereof.

SO CERTIFIED this the 5th day of August, 2013.

/s/ Kathleen Shields O'Beirne\_\_\_\_
KATHLEEN SHIELDS O'BEIRNE

4/379357.1