IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WINSTON JAMES THOMPSON, III, ) | Case No: 10~~01515~~-ee |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

**ORDER ON OMAR L. NELSON'S WITHDRAWAL OF MOTION TO REOPEN CASE
AND MODIFY DISCHARGE INJUNCTION**

The Court, being advised that Omar L. Nelson has withdrawn his Motion to Reopen Case and Modify Discharge Injunction, hereby orders that said Motion is withdrawn.

So ORDERED,

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 15, 2013

Submitted by:

/s/ Kathleen Shields O'Beirne
Kathleen Shields O'Beirne (MBN 102574)
Bradley Arant Boult Cummings, LLP
188 E. Capitol Street, Suite 400
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
kobeirne@babc.com

*Attorneys for Omar L. Nelson*

1