In the United States Bankruptcy Court
For the Northern District of Mississippi

In re: James Winston Thompson                                     Ch 7 Case #  10-01515 EE

Notice of Filing Motion to Re-Open Case

You are hereby notified that Mérrida (Buddy) Coxwell, attorney for the debtor, has filed with the Bankruptcy Court a Motion to Re-Open a Chapter 7 Bankruptcy case, a copy of which is attached to this notice;

You are further notified that any objections to the proposed application should be filed by written pleading with the Court within twenty-one (21) days of the date of this notice with a copy mailed to the Case Trustee and the Attorney for Debtors.

If no objection is timely filed, the Court may grant the application as requested.

Respectfully Submitted,

/s/ Mérrida (Buddy) Coxwell
Mérrida (Buddy) Coxwell (MB# 7782)
Coxwell & Associates, PLLC
Post Office Box 1337
Jackson, MS 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
Email:  merridac@coxwelllaw.com

CERTIFICATE OF SERVICE

      I hereby certify that, to the extent the following persons were not served electronically by the CM/ECF system, I caused a copy of the foregoing to be sent by email or First-class U.S. mail, postage prepaid, to the following:

Chapter 7 Trustee
Stephen Smith
1855 Crane Ridge Drive STE D
Jackson MS 39216

Price Donahoo
Donahoo Law Firm, LLC
P.O. Box 1549
Madison, MS   39130

US Trustee
ustpregion05.ab.ecf@usdoj.gov


_Mérrida (Buddy) Coxwell_                    October 12, 2018
Mérrida (Buddy) Coxwell