# EXHIBIT RECORD

| DATE: January 28, 2019 | Courtroom ECRO: Candice Ramage |
|---|---|
| Case Name(s): Winston James Thompson, III | |
| Case Number(s): 10-01515-NPO | |
| Attorney for Debtor: Frank Coxwell, | |
| Attorney for Creditor: Craig Geno | |

| Number | Description | ID | ADM |
|---|---|---|---|
| 1 | state court docket | | x |
| 2 | entry of default | | x |
| 3 | motion for default judgment | | x |
| 4 | re-notice of hearing | | x |
| 5 | default judgment | | x |
| 6 | show cause | | x |
| 7 | order entered 9/6/13 | | x |
| 8 | motion for ev. hearing | | x |
| 9 | suggestion of writ of garnishment | | x |
| 10 | writ of garnishment | | x |
| 11 | motion for judgment debtor exam | | x |
| 12 | response dkt.#221 | | x |
| 13 | amended reply | | x |
| 14 | dkt.#224 amended reply | | x |
| 15 | motion to quash | | x |
| 16 | dkt.#226 3rd amended reply | | x |
| 17 | dkt.#227 amended motion to quash | | x |
| | | | |
| | | | |

Witnesses: